QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Sean Pak
seanpak@quinnemanuel.com
Ognjen Zivojnovic
ogizivojnovic@quinnemanuel.com
Haihang Wang
haihangwang@quinnemanuel.com
Jeremy Thomas
jeremythomas@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung
marktung@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant TikTok Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHOPSEE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK INC.,<br><br>Defendant. | Case No. 3:26-cv-00703-AMO<br><br>**DECLARATION OF OGNJEN ZIVOJNOVIC IN SUPPORT OF DEFENDANT TIKTOK INC.'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS UNDER 35 U.S.C. § 101** |

# DECLARATION OF OGNJEN ZIVOJNOVIC

I, Ognjen Zivojnovic, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant TikTok Inc. ("TikTok"). I make this declaration in support of TikTok's Motion for Judgment on the Pleadings Under 35 U.S.C. § 101. The matters herein are within my personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit B** is a true and correct copy of Charles Eckert, *The Carole Lombard in Macy's Window*, 3 Q. Rev. Film Stud. 1, 1–21 (1978), https://doi.org/10.1080/10509207809391376.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 13, 2026.

*/s/ Ognjen Zivojnovic*
Ognjen Zivojnovic